MATHENY SEARS LINKERT & LONG, LLP
RICHARD S. LINKERT, SBN 88756
3638 American River Drive
Post Office Box 13711
Sacramento, CA 95853-4711
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KARRON POWER, <br><br> Plaintiff, <br><br> v. <br><br> DELTA HOUSEBOAT RENTALS, LLC; FOREVER RESORTS, INC..; FUN COUNTRY MARINE INDUSTRIES, INC., and DOES 1-100, inclusive, <br><br> Defendants. | CIV. NO.   S-02-2066 DFL JFM <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DELTA HOUSEBOAT RENTALS, LLC, FOREVER RESORTS, INC., FUN COUNTRY MARINE INDUSTRIES, INC. AND ORDER** |

**COMES NOW, PLAINTIFF KARRON POWERS** and hereby stipulates to the Dismissal With Prejudice of any and all claims and/or causes of action against **DEFENDANTS DELTA HOUSEBOAT RENTALS, LLC, FOREVER RESORTS, LLC AND FUN COUNTRY MARINE INDUSTRIES, INC**. (hereinafter collectively "Defendants"), and stipulate that this case has been settled. A copy of an executed settlement agreement has been signed by all parties, served on all parties and filed with the court.

---

1

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DELTA HOUSEBOAT RENTALS, LLC, FOREVER RESORTS, INC., FUN COUNTRY MARINE INDUSTRIES, INC. AND ORDER

| | |
|---|---|
| Dated: April 18, 2005 | The Law Offices of William L. Veen |
| | |
| | _____/s/_____ |
| | WILLIAM L. VEEN, ESQ. Attorneys for Plaintiff KARRON POWER |
| | |
| | MATHENY SEARS LINKERT & LONG, LLP |
| | |
| | _____/s/_____ |
| | RICHARD S. LINKERT, ESQ, Attorneys for Defendants DELTA HOUSEBOAT RENTALS, LLC, FOREVER RESORTS, INC., FUN COUNTRY MARINE INDUSTRIES, INC. |

## **ORDER**

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED, that the above Stipulation for Dismissal With Prejudice of All Claims against Defendants, Delta Houseboat Rentals, LLC, Forever Resorts, Inc., Fun Country Marine Industries, Inc., are hereby Dismissed With Prejudice. Karron Power, Delta Houseboat Rentals, LLC, Forever Resorts, Inc.,and Fun Country Marine Industries, Inc., are each to bear their own costs and attorney's fees.

Dated: 4/22/2005

_____
DAVID F. LEVI
United States District Judge